THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 989-1801
Email: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA* (CO Bar No. 18789)
1626 Wazee Street, Suite 2A
Denver, Colorado 80202
Phone: 303-674-7000, Ext. 2
Facsimile: 303-382-4685
Email:  David@Feolalaw.com

* *Pro hac vice application to be filed*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY P. BARNES, DAVID C. BOLLE, and MARY D. WASSON, on their own behalf and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE HERSHEY COMPANY,<br><br>  Defendant. | Case No.: 3:12-cv-01334-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE** |

   WHEREAS Defendant The Hershey Company ("Hershey") removed this case from the Alameda County Superior Court on March 21, 2012;

   WHEREAS the case was assigned to Magistrate Judge Laurel Beeler;

   WHEREAS Hershey filed a Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) on April 6, 2012 with a hearing date of May 17, 2012;

---
1
STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE

WHEREAS this case was reassigned to The Honorable Charles R. Breyer on April 17, 2012;

WHEREAS the parties agreed on a re-noticed hearing date of June 8, 2012 for Hershey's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a);

WHEREAS the parties agreed that Plaintiffs' Opposition to Hershey's Motion would be due on May 4, 2012 and Hershey's Reply would be due on May 18, 2012; and

WHEREAS no previous time modifications have been made in this case, by stipulation or Court order;

IT IS HEREBY STIPULATED pursuant to Local Rule 6-2 by and between the parties hereto, through their respective attorneys of record, that Plaintiffs' Opposition to Hershey's Motion is due on or before May 4, 2012 and Hershey's Reply is due on or before May 18, 2012; and

Concurrence in the filing of this Stipulation has been obtained from each of the signatories.

Dated:  April 18, 2012                    THE BRANDI LAW FIRM


                                          By:   /s/ Brian J. Malloy
                                                 Brian J. Malloy

                                          Attorneys for Plaintiffs


Dated:  April 18, 2012                    MORGAN, LEWIS & BOCKIUS LLP


                                          By:   /s/ Daryl S. Landy
                                                 Daryl S. Landy

                                          Attorneys for Defendant
                                          THE HERSHEY COMPANY

2
STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE

Pursuant to the parties' Stipulation and for good cause showing, Plaintiffs' Opposition to Defendant The Hershey Company's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) shall be due on or before May 4, 2012 and Defendant's Reply in support of its motion shall be due on or before May 18, 2012.

**PURSUANT TO STIPULAITON, IT IS SO ORDERED.**

Dated: April 19, 2012

By: _____
The Honorable
U.S. District
Northern District

