THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 989-1801
Email: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA* (CO Bar No. 18789)
1626 Wazee Street, Suite 2A
Denver, Colorado 80202
Phone: 303-674-7000, Ext. 2
Facsimile: 303-382-4685
Email:  David@Feolalaw.com

* *Pro hac vice application to be filed*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY P. BARNES, DAVID C. BOLLE, and MARY D. WASSON, on their own behalf and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>THE HERSHEY COMPANY,<br><br>    Defendant. | Case No.: 3:12-cv-01334-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE AUGUST 3, 2012 CASE MANAGEMENT CONFERENCE** |

WHEREAS, a case management conference in the above-referenced matter is scheduled for August 3, 2012 at 8:30 a.m.; and

WHEREAS, counsel for Plaintiffs has a scheduling conflict on that date;

| | |
|---|---|
| 1 | THEREFORE, the parties hereby stipulate to a continuance of the case management conference to |

THEREFORE, the parties hereby stipulate to a continuance of the case management conference to August 17, 2012 at 8:30 a.m. Courtroom 6, on the 17th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102; and

The parties further hereby stipulate that the deadlines set forth in the May 8, 2012 Amended Order Setting Case Management Conference (Docket Nos. 30 and 30-1) shall be from the new case management conference date and the parties shall exchange Fed. R. Civ. P. 26 initial disclosures on August 10, 2012.

Concurrence in the filing of this Stipulation has been obtained from each of the signatories.

Dated:  June 21, 2012             THE BRANDI LAW FIRM


                                  By:  /s/ Brian J. Malloy
                                       Brian J. Malloy

                                  Attorneys for Plaintiffs


Dated:  June 21, 2012             MORGAN, LEWIS & BOCKIUS LLP


                                  By:  /s/ Daryl S. Landy
                                       Daryl S. Landy

                                  Attorneys for Defendant
                                  THE HERSHEY COMPANY

---

2
STIPULATION AND [PROPOSED] ORDER CONTINUING THE AUGUST 3, 2012 CASE MANAGEMENT CONFERENCE

1
2
3   **PURSUANT TO STIPULAITON, IT IS SO ORDERED.**

4   The August 3, 2012 case management conference is CONTINUED to August 24, 2012 at 8:30 a.m.

5   Courtroom 6, on the 17th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA

6   94102 and the deadlines set forth in the May 8, 2012 Amended Order Setting Case Management

7

8   Conference (Docket Nos. 30 and 30-1) shall be from the August 24, 2012 case management conference

9   date and the parties shall exchange Fed. R. Civ. P. 26 initial disclosures on August 10, 2012.

10

11  Dated: June 29, 2012

12                                          By: 
                                            The Honorable Charles R. Breyer
13                                          U.S. District Judge
                                            Northern District of California
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION AND [PROPOSED] ORDER CONTINUING THE AUGUST 3, 2012 CASE MANAGEMENT CONFERENCE