**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY P. BARNES, ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE HERSHEY COMPANY,<br><br>    Defendant. | No. C 12-1334 CRB<br><br>**ORDER RE HEARING ON MOTION FOR CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION** |

The Court will hear argument on Plaintiffs' Motion for Conditional Collective Action Certification (dkt. 63) on February 22, 2013. At that hearing, the parties should be prepared to discuss whether–regardless of whether tolling applies here–the continuing violation theory would permit the claims of putative collective action members terminated in 2009 to "piggyback" on a timely administrative charge in this case. See Thiessen v. Gen. Elec. Capital Corp., 267 F.3d 1095, 1110-11 (10th Cir. 2001).

**IT IS SO ORDERED.**

Dated: February 19, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE