IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY P. BARNES, ET AL., | No. C 12-1334 CRB |
| Plaintiffs, | **ORDER RE DISCOVERY** |
| v. | |
| THE HERSHEY COMPANY, | |
| Defendant. | |

The parties are hereby ordered to bifurcate discovery and to proceed only with discovery as to the issue of waiver. Following such discovery, in the event of motion for summary judgment, the Court will consider ordering additional discovery as appropriate under Fed. R. Civ. Pro. 56(d).

**IT IS SO ORDERED.**

Dated: October 11, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE