THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 989-1801
Email: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA* (CO Bar No. 18789)
1626 Wazee Street, Suite 2A
Denver, Colorado 80202
Phone: 303-674-7000, Ext. 2
Facsimile: 303-382-4685
Email:  David@Feolalaw.com

* *Admitted pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY P. BARNES, DAVID C. BOLLE, and MARY D. WASSON, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No.: 3:12-cv-01334-CRB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO JOIN JERRY M. CHAPMAN AND TO AMEND THE PLEADINGS ACCORDINGLY**<br><br>Date: October 11, 2013<br>Time: 8:30 a.m.<br>The Hon. Charles R. Breyer<br>Courtroom 6, 17th Floor |

|1| Plaintiffs' Motion to Join Jerry M. Chapman and Amend The Pleadings Accordingly came on regularly for hearing on October 11, 2013 in Courtroom 6, 17th Floor, of the above-entitled Court. Plaintiffs Gregory Barnes, David Bolle and Mary Wasson ("Plaintiffs") were represented by their attorneys of record, Thomas J. Brandi and Brian J. Malloy of The Brandi Law Firm, and David C. Feola of Hoban & Feola, LLC. Defendant The Hershey Company ("Hershey") was represented by its attorney of record, Michael Puma, of Morgan, Lewis & Bockius LLP.   After careful review of the evidence and authorities submitted by both parties, and oral arguments of counsel and GOOD CAUSE APPEARING, this Court GRANTS Plaintiffs' motion.

**IT IS SO ORDERED.**

Date :  October 15, 2013



_____
The
Unit

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO JOIN CHAPMAN AND AMEND PLEADINGS