Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Michael J. Puma**
Partner
215.963.5305
mpuma@morganlewis.com

March 5, 2014

**VIA ECF FILING**

The Honorable Nathaniel Cousins
Magistrate Judge of the United States
District Court, Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94103

Re: ***Barnes, et al. v. The Hershey Company*****
Case No.: 3:12-cv-01334-CRB**

Dear Judge Cousins:

The parties submit this joint status report as required by Your Honor's February 7, 2014 Opinion and Order (ECF 118). On February 7, 2014, the parties agreed to a Stipulation Regarding Protocol for Document Production Including Electronically Stored Information and Data, the Obligation for Document Preservation, and the Procedure for the Protection and Assertion of Privilege. Since that time the parties have been negotiating search terms and the protocol for reviewing and producing documents returned by those search terms. During those negotiations, disputes have arisen. The parties have been unable to resolve these disputes and anticipate seeking the Court's intervention. To that end, the parties anticipate filing a joint discovery dispute letter by March 14, 2014.

Very truly yours,
/s/ Michael J. Puma
Michael J. Puma
*Attorney for Defendant*
/s/ Thomas J. Brandi
THOMAS J. BRANDI
*Attorney for Plaintiffs*

IT IS SO ORDERED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Almaty  Beijing  Boston  Brussels  Chicago  Dallas  Dubai*  Frankfurt  Harrisburg  Houston  Irvine  London  Los Angeles  Miami
Moscow  New York  Palo Alto  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Tokyo  Washington  Wilmington

*In association with Mohammed Buhashem Advocates & Legal Consultants