DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:     415.442.1000
Fax:    415.442.1001
Email: dlandy@morganlewis.com

MICHAEL J. PUMA (admitted *pro hac vice*)
CHRISTOPHER D. HAVENER (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:     215.963.5000
Fax:    215.963.5001
Email: mpuma@morganlewis.com
            chavener@morganlewis.com

*Attorneys for Defendant*
THE HERSHEY COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY P. BARNES, et al.,<br><br>                    Plaintiffs,<br>         vs.<br><br>THE HERSHEY COMPANY,<br><br>                    Defendant. | Case No. 12-cv-01334-CRB<br><br>**STIPULATION AND ORDER REVISING BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND CONTINUING OCTOBER 10, 2014 HEARING DATE TO OCTOBER 17, 2014** |

Defendant The Hershey Company ("Hershey") and Plaintiffs, by and through their respective counsel, jointly request an order revising the parties' briefing schedule in connection with Hershey's Motion for Partial Summary Judgment, pursuant to Civil Local Rules 6-2 and 7-12 of the Northern District of California, as follows:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER
REVISING BRIEFING SCHEDULE AND
CONTINUING HEARING DATE
CASE NO.: 3:12-CV-01334-CRB (NC)

1   WHEREAS on August 12, 2014, Hershey filed a Motion for Partial Summary Judgment
2   (the "Motion") and supporting papers for the Motion (ECF 150-157). Hershey noticed the
3   Motion for hearing for September 26, 2014;

4   WHEREAS, pursuant to Local Rule 7-3(a) and (c), the default briefing schedule for the
5   Motion was as follows: Plaintiffs were to file their Opposition to the Motion no later than August
6   26, 2014; Hershey was to file its Reply to Plaintiff's Opposition to the Motion no later than
7   September 2, 2014;

8   WHEREAS the Court set a new hearing date of October 10, 2014 for the Motion on
9   August 18, 2014;

10  WHEREAS counsel for Plaintiffs is unavailable on October 10, 2014 due to prior
11  obligations, but will be available on October 17, 2014, which is the Honorable Charles R.
12  Breyer's next Civil Law & Motion date;

13  WHEREAS Hershey has no objection to continuing the October 10, 2014 hearing to
14  October 17, 2014 at a time of the Court's choosing;

15  WHEREAS, having met and conferred, the parties also agree that the default briefing
16  schedule for the Motion should be revised in light of counsel's schedules and because the
17  modification will not prejudice the Court since the Motion will be fully briefed well in advance of
18  the new hearing date and will provide the Court more time to prepare for the hearing than under
19  the default briefing schedule and originally scheduled hearing date;

20  WHEREAS the parties previously submitted three stipulated requests to revise briefing
21  schedules or otherwise modify deadlines to submit pleadings. The first stipulation was in
22  connection with Hershey's Motion to Transfer Venue (ECF 10), which was granted by the Court.
23  ECF 22-23. The second stipulation related to Plaintiff's Motion to Compel (ECF 57), which was
24  also granted by the Court. ECF 60-61. The parties also requested a six-day extension to submit a
25  joint report on discovery disputes to the court, (ECF 134), which the court granted in part,
26  providing an additional five days to submit the report, (ECF 135);

27  WHEREAS the parties also requested that a hearing regarding a joint discovery dispute
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
REVISING BRIEFING SCHEDULE AND
CONTINUING HEARING DATE
CASE NO.: 3:12-CV-01334-CRB (NC)

letter be postponed one week because of a prior commitment by Hershey, (ECF 127); a request that the court granted, (ECF 129);

WHEREAS the parties do not seek this revision for the purpose of delay. The limited modification to the briefing schedule will not have an effect on any other pre-trial and trial dates.

IT IS HEREBY STIPULATED pursuant to Local Rule 6-2 by and between the parties hereto, through their respective attorneys of record, that Plaintiffs' Opposition to the Motion is due on or before September 3, 2014 and Hershey's Reply is due on or before September 16, 2014; and the hearing date on the Motion be continued to October 17, 2014, at a time of the Court's choosing.

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Christopher D. Havener, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of August, 2014.

/s/ Christopher D. Havener
Christopher D. Havener

Dated: August 19, 2014        MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Christopher D. Havener
Christopher D. Havener

Attorneys for Defendant
THE HERSHEY COMPANY

Dated: August 19, 2014        THE BRANDI LAW FIRM

By: /s/ Brian J. Malloy
Brian J. Malloy

Attorneys for Plaintiffs

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE AND CONTINUING HEARING DATE
CASE NO.: 3:12-CV-01334-CRB (NC)

ORDER

Pursuant to the parties' Stipulation and for good cause showing, Plaintiffs' Opposition to Hershey's Motion for Partial Summary Judgment shall be due on or before September 3, 2014, Hershey's Reply in support of its Motion shall be due on or before September 16, 2014, and the Court will continue the hearing date on the Motion, and set a new hearing for October 17, 2014 at 32:22"c0b 0in Courtroom 6.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 42, 2014

By: _____
Honorable Charles R. Breyer
United States District Judge

STIPULATION AND [PROPOSED] ORDER
REVISING BRIEFING SCHEDULE AND
CONTINUING HEARING DATE
CASE NO.: 3:12-CV-01334-CRB (NC)