UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY P. BARNES, DAVID C. BOLLE, MARY D. WASSON, and JERRY M. CHAPMAN, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. 12-cv-01334 CRB (NC)<br><br>**ORDER TO FILE PROPOSED ORDERS**<br><br>Re: Dkt. Nos. 165, 166 |

By September 2, 2014, at 2:00 p.m., the parties must file with the Court detailed proposed orders specifying the relief sought in their discovery letter briefs, Dkt. Nos. 165 and 166.

IT IS SO ORDERED.

Date: August 29, 2014

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-01334 CRB (NC)
ORDER