DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
Email: dlandy@morganlewis.com

MICHAEL J. PUMA (admitted *pro hac vice*)
CHRISTOPHER D. HAVENER (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:    215.963.5000
Fax:    215.963.5001
Email: mpuma@morganlewis.com
          chavener@morganlewis.com

*Attorneys for Defendant*
*THE HERSHEY COMPANY*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY P. BARNES, et al.,<br><br>                    Plaintiffs,<br>          vs.<br><br>THE HERSHEY COMPANY,<br><br><br>                    Defendant. | Case No. 12-cv-01334-CRB<br><br>**STIPULATION AND ORDER GRANTING DEFENDANT THE HERSHEY COMPANY'S ADMINISTRATIVE MOTION FOR ADMINISTRATIVE LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT IN EXCESS OF FIFTEEN PAGES** |

## STIPULATION

WHEREAS Defendant The Hershey Company ("Hershey") filed its Motion for Partial

Summary Judgment (the "Motion"), Dkt. 150, on August 12, 2014;

WHEREAS Plaintiffs filed their Memorandum of Points and Authorities in Opposition to

STIPULATION AND  ORDER
GRANTING LEAVE TO DEFENDANT TO FILE
REPLY IN EXCESS OF FIFTEEN PAGES
CASE NO.: 3:12-CV-01334-CRB (NC)

1

2
the Motion and simultaneously also requested relief under Federal Rule of Civil Procedure 56(d),

3
Dkt. 176, on September 3, 2014,

4
WHEREAS counsel for Plaintiffs and counsel for Defendant have conferred, and

5
Plaintiffs have no objection to allowing Hershey to file a twenty-page reply in support of its

6
Motion, of which no more than fifteen (15) pages may be dedicated to a reply in support of the

7
merits of the Motion, including objections on evidence, if any, and no more than five (5) pages

8
may be dedicated to opposing Plaintiffs' separate request for relief under Rule 56(d).

9
IT IS HEREBY STIPULATED pursuant to Local Rules 7-11 & 7-12 by and between the

10
parties hereto, through their respective attorneys of record, that Hershey may exceed the fifteen-

11
page limit set by Local Rule 7-4 and file a twenty-page reply in support of the Motion, on the

12
terms described above.

13
Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Christopher D. Havener, attest that

14
concurrence in the filing of this document has been obtained from each of the other signatories.  I

15
declare under penalty of perjury under the laws of the United States of America that the foregoing

16
is true and correct.

17
Dated:  September 5, 2014                                   MORGAN, LEWIS & BOCKIUS LLP

18
                                                                              By:   /s/ Christopher D. Havener

19
                                                                                       Christopher D. Havener

20
                                                                              Attorneys for Defendant
                                                                              THE HERSHEY COMPANY

21

22
Dated:  September 5, 2014                                   THE BRANDI LAW FIRM

23
                                                                              By:   /s/ Brian J. Malloy

24
                                                                                       Brian J. Malloy

25
                                                                              Attorneys for Plaintiffs

26

27

28

2

STIPULATION AND  ORDER
GRANTING LEAVE TO DEFENDANT TO FILE
REPLY IN EXCESS OF FIFTEEN PAGES
CASE NO.: 3:12-CV-01334-CRB (NC)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

Pursuant to the parties' Stipulation, and for good cause showing, the Court shall permit Defendant The Hershey Company to file a twenty (20) page Reply In Support of Its Motion for Partial Summary Judgment, of which no more than fifteen (15) pages may be dedicated to a reply in support of the merits of the Motion for Partial Summary Judgment, including objections on evidence, if any, and five (5) pages may be dedicated to opposing Plaintiffs' separate request for relief under Federal Rule of Civil Procedure 56(d).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  September 10, 2014

By: _____

CHARLES R. BREYER
United States District Judge
Northern District of California

STIPULATION AND  ORDER
GRANTING LEAVE TO DEFENDANT TO FILE
REPLY IN EXCESS OF FIFTEEN PAGES
CASE NO.: 3:12-CV-01334-CRB (NC)