DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:   415.442.1001
Email: dlandy@morganlewis.com

MICHAEL J. PUMA (admitted *pro hac vice*)
CHRISTOPHER D. HAVENER (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:   215.963.5000
Fax:   215.963.5001
Email: mpuma@morganlewis.com
       chavener@morganlewis.com

Attorneys for Defendant
THE HERSHEY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY P. BARNES, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. 3:12-cv-01334-CRB<br><br>**ORDER GRANTING THE HERSHEY COMPANY'S ADMINISTRATIVE REQUEST FOR A SPECIAL STATUS CONFERENCE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE REQUEST FOR A
SPECIAL STATUS CONFERENCE
CASE NO. 3:12-CV-01334-CRB

1  This Matter came before the Court on the Administrative Request of Defendant The
2  Hershey Company ("Defendant") for a Special Status Conference, ECF 210 (the "Motion).
3  Having considered the papers submitted and the papers on file in this case, and upon good cause
4  shown, Defendant's Motion is hereby GRANTED, and the Court orders counsel for the parties to
5  appear in Courtroom 6 for a special status conference on January 38, 2015 at 8:30 AM.

7  **IT IS SO ORDERED.**

8  Dated this 13th day of  January, 2015.



Honorable
United States

_____

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE REQUEST FOR A
SPECIAL STATUS CONFERENCE
CASE NO. 3:12-CV-01334-CRB