DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
Email: dlandy@morganlewis.com

MICHAEL J. PUMA (admitted *pro hac vice*)
BRANDON J. BRIGHAM (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:    215.963.5000
Fax:    215.963.5001
Email: mpuma@morganlewis.com
            bbrigham@morganlewis.com

Attorneys for Defendant
THE HERSHEY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY P. BARNES, et al.<br><br>          Plaintiffs,<br><br>vs.<br><br>THE HERSHEY COMPANY,<br><br>          Defendant. | Case No. 3:12-cv-01334-CRB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTIONS TO SEAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTIONS TO SEAL
CASE NO. 3:12-CV-01334-CRB

This Matter came before the Court on the Administrative Motion of Plaintiffs' to File Under Seal Documents, ECF 239, Defendant The Hershey Company's Administrative Motion to File Documents Under Seal, ECF 234, and the Administrative Motion of Plaintiffs' to File Under Seal Documents, ECF 245, (collectively, the "Motions"). The Court, having previously ruled on the Motions, hereby supplements its April 21, 2015 ruling as follows. Having considered the papers submitted and the papers on file in this case, and for the compelling reasons set forth in the Supplemental Declaration of Brandon J. Brigham In Support of Administrative Motions to File Documents Under Seal, ECF 264, the Motions are hereby GRANTED, in part, and DENIED, in part, and the Court orders the following document sealed:

1. The redacted portions of Plaintiffs' Opposition to Defendant's Motion for Partial Summary Judgment, ECF 264-16.

2. Exhibits 45, 46, 85, 91 to the Declaration of Brian J. Malloy in Support of Plaintiffs' Motion for Partial Summary Judgment on Defendant's Affirmative Defense of Waiver ("Malloy Declaration").

3. The redacted portions of Exhibits 27 to 34, 43, 49, 81, 76, 88, and 90 to the Malloy Declaration, ECF 264-1 to ECF 264-13.

4. The redacted portions of Exhibit 7 to the Declaration of Brandon J. Brigham In Support of Defendant The Hershey Company's Motion for Partial Summary Judgment, ECF 264-14.

5. The redacted portions of Exhibit A to the Declaration of Brian J. Malloy In Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment, ECF 264-15.

IT IS FURTHER ORDERED THAT Plaintiffs shall file in the public record Exhibits 23 to 24, 41 to 42, 44 to 45, 48, 58, 60, 80, 83, 87, 89, and 92 to the Malloy Declaration within ten (10) days of the entry of this Order or those documents will not be considered by the Court when ruling on either Defendant The Hershey Company's Motion for Partial Summary Judgment, ECF 229, or Plaintiffs' Motion for Partial Summary Judgment regarding Defendant's Affirmative Defense of Waiver, ECF 236.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTIONS TO SEAL
CASE NO. 3:12-CV-01334-CRB

1  **IT IS SO ORDERED.**

2  Dated this 7th day of May, 2015.

4  Hon. 
5  Unit Judge Charles R. Breyer

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTIONS TO SEAL
CASE NO. 3:12-CV-01334-CRB