DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
Email: dlandy@morganlewis.com

MICHAEL J. PUMA (admitted *pro hac vice*)
BRANDON J. BRIGHAM (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:    215.963.5000
Fax:    215.963.5001
Email: mpuma@morganlewis.com
          bbrigham@morganlewis.com

Attorneys for Defendant
THE HERSHEY COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY P. BARNES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. 3:12-cv-01334-CRB<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS** |

This Matter came before the Court on the Administrative Motion of Plaintiffs' to File Under Seal Documents, ECF 260. Having considered the papers submitted and the papers on file in this case, and for the compelling reasons set forth in the Declaration of Brandon J. Brigham in Support of Plaintiffs' Administrative Motion to File Under Seal Documents, ECF 265, Plaintiffs' Motion is hereby GRANTED, in part, and DENIED, in part, and the Court orders the following documents sealed:

1. The redacted portions of the Reply in Support of Plaintiffs' Motion for Partial Summary Judgment on Defendant's Affirmative Defense of Waiver ("Plaintiffs' Reply"), ECF 265-3;

2. The redacted portions of Exhibits C & G to the Brian J. Malloy in Support in Support of Plaintiffs' Reply ("Malloy Declaration"), ECF 265-1, ECF 265-2.

IT IS FURTHER ORDERED THAT Plaintiffs shall file in the public record Exhibits A, H, I & J to the Malloy Declaration within ten (10) days of the entry of this Order or those documents will not be considered by the Court when ruling on when ruling on either Defendant The Hershey Company's Motion for Partial Summary Judgment, ECF 229, or Plaintiffs' Motion for Partial Summary Judgment regarding Defendant's Affirmative Defense of Waiver, ECF 236.

IT IS FURTHER ORDERED THAT Plaintiffs shall file in the public record a redacted version of Exhibit B to the Malloy Declaration or a supplemental declaration setting forth the compelling reasons for maintaining the confidentiality of that document within ten (10) days of the entry of this Order or that document will not be considered by the Court when ruling on when ruling on either Defendant The Hershey Company's Motion for Partial Summary Judgment, ECF 229, or Plaintiffs' Motion for Partial Summary Judgment regarding Defendant's Affirmative Defense of Waiver, ECF 236.

**IT IS SO ORDERED.**

Dated this 8th day of May, 2015.

Honorable
United States

*Judge Charles R. Breyer*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO