DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:   415.442.1001
Email: dlandy@morganlewis.com

MICHAEL J. PUMA (admitted *pro hac vice*)
BRANDON BRIGHAM (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:   215.963.5000
Fax:   215.963.5001
Email: mpuma@morganlewis.com
           bbrigham@morganlewis.com

Attorneys for Defendant
THE HERSHEY COMPANY

THE BRANDI LAW FIRM
THOMAS J. BRANDI, SBN 53208
BRIAN J. MALLOY, SBN 234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone:  415.989.1800;
Facsimile: 415.707.2024
E-mail: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA (CO Bar No. 18789)
(admitted *pro hac vice*)
1626 Wazee Street, Suite 2A
Denver, Colorado 80202
Telephone:  303.674.7000;
Facsimile: 303.382.4685
E-mail: David @Feolalaw.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY P. BARNES, et al.,<br><br>Plaintiffs,<br>vs.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. 12-cv-01334-CRB<br><br>**STIPULATION AND ORDER CONTINUING TRIAL** |

Defendant The Hershey Company ("Hershey") and Plaintiffs (collectively, the "Parties"), by and through their respective counsel, pursuant to Civil Local Rules 6-2, 7-12, and 40-1 of the Northern District of California, jointly request an order continuing trial, and aver as follows:

WHEREAS on January 16, 2015, the Court set a trial date of August 17, 2015 and a pretrial conference for August 4, 2015, ECF 217;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL
CASE NO.: 3:12-CV-01334-CRB (NC)

WHEREAS on March 27, 2015, Hershey filed a Motion for Partial Summary Judgment seeking dismissal of all claims brought by Plaintiffs David Bolle, Lori DeLaRue, Mary Frazier, Richard Nelson, Mary Wasson, Mary Weeks, and James Bombeck (collectively, "Release Plaintiffs"), ECF 150;

WHEREAS on April 3, 2015, Plaintiffs filed a Motion for Partial Summary Judgment seeking summary judgment on Hershey's Tenth Affirmative Defense, of waiver, ECF 236;

WHEREAS, the Parties' cross-Motions remain pending, ECF 268;

WHEREAS, no deadline for summary judgment exists and Hershey has informed Plaintiffs that it will move for summary judgment on and/or to sever the remaining claims alleged by Plaintiffs and/or for decertification and Plaintiffs take no position at this time as to the propriety of those proposed motions and waive no rights or arguments regarding those motions,

WHEREAS, the earliest hearing date for any additional motion is July 17, 2015;

WHEREAS, based on the current pre-trial schedule, the Parties must serve motions *in limine* two days prior to that hearing date and submit their other pre-trial filings less than two weeks later, which would require the Parties to draft pre-trial filings and prepare for trial without knowing the scope of trial;

WHEREAS, the Parties will promptly engage in discussions, including regarding mediation, to determine if a resolution of this litigation can be reached upon receiving a ruling on the pending cross-motions for partial summary judgment, and Hershey will file its remaining summary judgment motions subsequent to these efforts, in September 2015, Plaintiffs shall have 21 days to file their opposition[s], and Hershey shall have 14 days for its reply(ies);

WHEREAS, the Parties seek a continuance of trial in order to facilitate a potential resolution of this matter and to conserve the resources of the Court and the Parties, as well as to provide adequate time to complete expert disclosures and discovery and to obtain a ruling on any additional motions in advance of trial and related pre-trial deadlines, and the Parties do not seek this continuance for the purpose of delay;

WHEREAS, Hershey has advised Plaintiffs that due to the seasonal demands of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL
CASE NO.: 3:12-CV-01334-CRB (NC)

Halloween and the importance of this season to its business, Hershey's witnesses' availability is severely limited in October;

WHEREAS, Plaintiffs' and Defendant's counsel have a trial scheduled to begin in this Court in a separate matter on November 9, 2015, and defense counsel has a federal court trial scheduled for December 8, 2015 in another matter;

WHEREAS, all parties and their counsel are available for trial during the weeks of January 18, 2016 through March 14, 2016;

WHEREAS, the Parties agree that this Stipulation and the fact of entering into this Stipulation is without prejudice to any rights, position or arguments the Parties may make in this Action and that nothing in this Stipulation or the fact of entering into this Stipulation shall be construed as an admission by either Party or otherwise prejudice either Party's position in any further litigation;

IT IS HEREBY STIPULATED pursuant to Local Rule 6-2 and 40-1 by and between the Parties hereto, through their respective attorneys of record, to the extension of certain deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Affirmative Expert Disclosures, If Any | June 12, 2015 | July 31, 2015 |
| Rebuttal Expert Disclosures | July 13, 2015 | August 28, 2015 |
| Final Pretrial Conference | August 4, 2015 | January 7, 2016 |
| Trial to Commence | August 17, 2015 | January 19, 2016 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Brandon J. Brigham, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of June, 2015.

　　　　　　　　　　　　　　　　　/s/ Brandon J. Brigham
　　　　　　　　　　　　　　　　　Brandon J. Brigham

1
2  Dated:  June 10, 2015                               MORGAN, LEWIS & BOCKIUS LLP
3
4                                                     By:  /s/ Brandon J. Brigham
                                                           Brandon J. Brigham
5                                                     Attorneys for Defendant
6                                                     THE HERSHEY COMPANY

7  Dated:  June 10, 2015                               THE BRANDI LAW FIRM
8
9                                                     By:  /s/ Brian J. Malloy
                                                           Brian J. Malloy
10                                                    Attorneys for Plaintiffs
11
12
               PURSUANT TO STIPULATION, IT IS SO ORDERED.
13
14 Dated:  June 12, 2015
15                                                    By: _____
                                                          Honorable Charles R. Breyer
16                                                        United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

4

STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL
CASE NO.: 3:12-CV-01334-CRB (NC)