IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY P. BARNES, ET AL., | No. 3:12-cv-01334-CRB |
| Plaintiffs, | **ORDER REJECTING SEPARATE SUMMARY JUDGMENT MOTIONS FILED IN VIOLATION OF STANDING ORDER**S |
| v. | |
| THE HERSHEY COMPANY, | |
| Defendant. | |

Defendant filed three partial motions for summary judgment on September 1, 2015. See Motion on Pattern and Practice and Discrimination Claims (dkt. 277); Motion on Jerry Chapman's Claims (dkt. 278); Motion on Barnes and Bolle's Claims (dkt. 279). This Court's standing orders state that "[e]ach party is limited to filing one summary judgment motion. Any party wishing to exceed this limit must request leave of the Court and must show good cause." Defendant has not shown good cause for filing separate motions, the filings are REJECTED, and this Court directs defendant to file a new motion that conforms to the standing orders. The hearing and briefing dates associated with the motions are VACATED.

**IT SO ORDERED.**

Dated: September 4, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE