**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY P. BARNES, ET AL.,

        Plaintiffs,

  v.

THE HERSHEY COMPANY,

        Defendant.

No. 3:12-cv-01334-CRB

**ORDER RE DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MULTIPLE MOTIONS FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITS**

In response to this Court's order rejecting Defendant's filing of multiple summary judgment motions without a prior good cause showing, see Order (dkt. 285), Defendant has filed an administrative motion requesting leave to file two motions for summary judgment. Good cause having been shown, this Court GRANTS the motion and ORDERS that Defendant shall file two motions for summary judgment: one addressing Plaintiffs' pattern and practice and disparate impact theories, totaling 25 pages, and one addressing individual claims, totaling 35 pages. The Court further ORDERS that Plaintiffs are permitted to file oppositions of 25 and 35 pages, and Defendant is permitted to file replies of 15 and 21 pages.

**IT SO ORDERED.**

Dated: September 24, 2015

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT
JUDGE